UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON WISCONSIN

2009 JUN 23 11 9:54

WAYNE LAWRENCE ROUHO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No: 07-CR-118-S-01
09 - cv - 303

## MOTION TO DISMISS

Now comes Wayne Lawrence Rouho, hereinafter Petitioner, who files
the above styled Motion for the reasons set forth below.

Currently, Petitioner has a 28 USC §2255 Motion pending before this
Court. The government's response to said Motion is due 6/24/09.
Prior to that date and pursuant to Rule 41(a)(1) of the Rules
of Civil Procedure, Petitioner moves this Honorable Court to
dismiss the §2255 Motion.

Petitioner believes he is outside the statute of limitations
period and any subsequent review of the merits would be futile.

Wherefore, Petitioner prays that this Honorable Court grant this
instant MOtion.

Dated ___19th___ of June 2009

Respectfully submitted,

_____
Wayne Lawrence Rouho

Motion granted
PDPBC
6/24

Copy of this document has been
provided to: [handwritten] NEF
this ___ day of ___ 20___
by _____
M. Hardin, Secretary to
Judge John C. Shabaz